IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEWITT WRIGHT,

        Petitioner,                  No. CIV S-05-2041 FCD DAD P

    vs.

STATE SUPERIOR COURTS, et al.,

        Respondents.           FINDINGS AND RECOMMENDATIONS

_____/

        By order filed October 24, 2005, the court denied petitioner's incomplete application to proceed in forma pauperis and dismissed petitioner's defective petition for writ of habeas corpus.  The order was served on petitioner at his address of record and was returned by the postal service marked "Return to Sender - Not deliverable as addressed - Unable to Forward." It appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.  See Local Rules 83-182(f) and 11-110.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for petitioner's failure to keep the court apprised of his current address.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1   days after being served with these findings and recommendations, petitioner may file written

2   objections with the court.  A document containing objections should be titled "Objections to

3   Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file

4   objections within the specified time may waive the right to appeal the District Court's order.  See

5   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6   DATED: November 2, 2005.

7

8                                                 _____
                                                  DALE A. DROZD
9   DAD:13:bb                                      UNITED STATES MAGISTRATE JUDGE
    wrig2041.133a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26